# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Cameron D'amont Gray
Black/Male, DOB:       -1988
SSN:      -7610


FILED
JAN 1 9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

Case Number: A 12-m-44

I, Clifford Jaeger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 17th, 2012, in Austin, Travis County, in the Western District of Texas, defendant did possess with the intent to distribute Cocaine, a schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:      [X] YES    ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 19th, 2012                                    AT        Austin, Travis County, Texas
_____                          _____
Date                                                                          City and State

Dennis G. Green, U.S. Magistrate Judge
_____                          _____
Name and Title of Judicial Officer                                   Signature of Judicial Officer

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On January 17th, 2012, Detectives with the Austin Police Department executed a narcotics search warrant at a residence located at 5813 Wellington Dr. #B, Austin, Travis County, Texas. There were three main targets listed in the search warrant, and two of them were identified in the warrant as Marvin Willie Brown, black male, born       -1967 and Cameron Gray, black male, born       -1988. Affiant was contacted by two separate informants who stated that there were large amounts of cocaine being sold from the aforementioned residence. Cameron Gray and Marvin Brown were identified as residents of the location, and the two suspected drug dealers that the informants were referring too.

The search warrant was executed on the residence located at 5813 Wellington Dr. #B, Austin, Texas and Brown and Gray were located inside and detained. When Detectives entered the residence Gray was sitting on a couch in the living room counting a large amount of cash. There was approximately fourteen thousand dollars in cash seized from the living room and kitchen areas of the home. Brown was located in the kitchen of the home, and Detectives located both powder and crack cocaine lying on the kitchen counter and a kitchen table in plain view. There were also digital scales, Pyrex cookware with cocaine residue, and other narcotics paraphernalia throughout the kitchen.

Brown was Mirandized at the scene by Detective Williams, and he advised that he understood his rights. I then questioned Brown at the scene. Detectives were at the time seizing narcotics exhibits from the kitchen. Brown admitted that the cocaine on the kitchen table, and a large amount of cocaine found in a red shoe box belonged to him. In doing this, he specifically pointed to both items, and these exhibits consisted of the following: 12 grams of crack cocaine and 11 grams of powder cocaine on the kitchen table, and 391 grams of powder cocaine in a red shoe box found in a kitchen cabinet.

A further search of the residence revealed another 66 grams of powder cocaine hidden in a hole in a cabinet, 71 grams of powder cocaine hidden under a mattress in a bedroom, nine grams of crack cocaine sitting on a couch in the living room, and another thirteen grams of crack cocaine hidden in a clothes hamper. There was also a loaded revolver sitting under the aforementioned mattress next to the cocaine.

Marvin Brown further advised Affiant that he lived at the residence along with Cameron Gray and another subject identified as Alonzo Clay, black male, born       1988. Clay confirmed the above information, and advised Affiant that Gray and Brown stayed in the bedrooms in the residence, and that he generally slept on the couch. Clay identified the bedroom where the cocaine and the handgun were located as being Gray's bedroom. Furthermore, Affiant located photographs in this same room that included Gray. Gray was also Mirandized at the scene, and agreed to speak with Affiant. I asked him about the living arrangements at the house and he attempted to distance himself from the aforementioned room. However, when confronted about discrepancies in the stories that were provided by he and Clay, Gray admitted to staying in the room.

There was a total of 539 grams of powder cocaine and 35 grams of crack cocaine seized in the residence. The narcotics, cash, and narcotics paraphernalia seized in the home made it apparent that both Gray and Brown were working in conjunction to distribute large amounts of both powder and crack cocaine.

Based on the above information, I believe probable cause exists to show that Cameron D'amont Gray has violated Title 21 United States Code, Section 841 (a)(1) in Austin, Travis County, Western Judicial District of Texas.